**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**FILED**

**November 20, 2015**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**MINUTE ORDER -TELEPHONE CONFERENCE/HEARING**

JUDGE: McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

---

Case No.: 4:15-CV-647-A
Erika Nelson v. WTU Retail Energy, L.P.

Date Held: 11-20-15   Time:  4:00 p.m.-4:03 p.m. (3 minutes)

---

Plaintiff, pro se: Erika Nelson

Defendant's counsel: Will Thomas, Matt Tribolet

===================================================================
Telephone conference re:  Notice of Settlement.

Per the parties' agreement, the court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

 Order to follow.

Conference concluded.