IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | § | |
|---|---|---|
| ERIKA NELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-647-A |
| | § | |
| WTU RETAIL ENERGY, L.P., | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with plaintiff and counsel for defendant on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Erika Nelson, against defendant, WTU Retail Energy, L.P., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED November 20, 2015.

_____
JOHN McBRYDE
United States District Judge